157 A.3d 475

**Iris HENRY-AIKEN**

v.

**WORKERS' COMPENSATION APPEAL BOARD (VANGUARD GROUP, INC.)**

**Petition of: Larry Pitt, Esq.**

**No. 170 EAL 2016**

Supreme Court of Pennsylvania.

September 8, 2016

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.